UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANET MCCALL FLEMING, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF THOMAS C. FLEMING, | : : : : : | Civil Action<br><br>Case No. 3:15-cv-00535-VAB |
| Plaintiff, | : : | |
| v. | : : | |
| GEICO GENERAL INSURANCE COMPANY AND GEICO INDEMNITY COMPANY, | : : : : | |
| Defendants. | : | August 30, 2016 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Janet McCall Fleming, individually and as Administratrix of the Estate of Thomas C. Fleming, and the Defendants, GEICO General Insurance Company and GEICO Indemnity Company, by and through their respective attorneys, hereby stipulate that this action may be dismissed in full, with prejudice, and with the parties bearing their own attorneys' fees and costs, all matters in controversy having been fully compromised between and among the parties.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>JANET MCCALL FLEMING | DEFENDANTS,<br>GEICO GENERAL INSURANCE COMPANY<br>AND GEICO INDEMNITY COMPANY |
| By: /s/ Douglas J. Varga<br>    Douglas J. Varga, Esq. (ct18885)<br>    LUCAS BAGNELL VARGA LLC<br>    2425 Post Road, Suite 200<br>    Southport, CT  06890<br>    Telephone: (203) 227-8400<br>    Facsimile:  (203) 227-8402<br><br>    E-Mail:  dvarga@lbv-law.com | By: /s/ Brock T. Dubin<br>    Brock T. Dubin, Esq. (ct18777)<br>    DONOHUE, DURHAM & NOONAN, PC<br>    741 Boston Post Road<br>    Guilford, CT 06437<br>    Telephone: (203) 458-9168<br>    Facsimile:  (203) 458-4424<br><br>    E-Mail:  bdubin@ddnctlaw.com |

## **CERTIFICATION**

    I hereby certify that on August 30, 2016, the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Douglas J. Varga
Douglas J. Varga (ct 18885)
